UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY NORMAND,<br><br>Defendant. | Case No. CR17-247RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. # 15. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and defendant's representation that the government does not oppose this motion, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion. Specifically, that the government has recently provided 3,206 pages of initial discovery, and that defense counsel needs additional time to review all of the discovery and to complete its own investigation and legal research. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE - 1

|   |   |
|---|---|
| 1 | 3. The Court finds that the additional time requested is a reasonable period of delay, |
| 2 | as defense counsel needs additional time to investigate the matter, to gather evidence material to |
| 3 | the defense, and to consider possible defenses and pretrial motions; and that the additional time |
| 4 | requested between the current trial date of December 18, 2017, and the proposed trial date of |
| 5 | May 29, 2018, is necessary to provide defense counsel reasonable time to prepare for trial |
| 6 | considering all of the facts set forth above. |
| 7 | 4. The Court further finds that such a continuance would serve the ends of justice, |
| 8 | and that these factors outweigh the best interests of the public and the defendant in a more |
| 9 | speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). |
| 10 | 5. Defendant has signed a waiver indicating that he has been advised of his right to a |
| 11 | speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived |
| 12 | that right and consented to the continuation of his trial to a date up to and including June 11, |
| 13 | 2018, Dkt. # 16, which will permit trial to start on May 29, 2018, per defense counsel's request. |
| 14 | IT IS HEREBY ORDERED that the trial date be continued from December 18, 2017, to |
| 15 | May 29, 2018. |
| 16 | IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to |
| 17 | April 16, 2018. |
| 18 | IT IS FURTHER ORDERED that the period of time from the current trial date of |
| 19 | December 18, 2017, up to and including June 11, 2018, shall be excludable time pursuant to the |
| 20 | Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and |
| 21 | granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ |
| 22 | 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B). |
| 23 |   |
|   | DATED this 14th day of November, 2017. |
| 24 |   |
| 25 |   |
| 26 | /s/ Robert S. Lasnik |
| 27 | Robert S. Lasnik |
|   | United States District Judge |
| 28 |   |