UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR17-247RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |
| GREGORY NORMAND, | |
| Defendant. | |

This matter comes before the Court on defendant Gregory Normand's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. # 21. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial is currently scheduled for May 29, 2018; that defendant is charged with Embezzlement of Labor Organization Assets (29 U.S.C. § 501(c)), and False Statements to a Government Agency (18 U.S.C. § 1001); that the government recently provided discovery materials exceeding 3,000 pages; and that defense counsel seeks more discovery still.

2. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL DATE - 1

4. The Court further finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including September 18, 2018, Dkt. # 22, which will allow trial to begin on September 4, 2018, as requested.

IT IS HEREBY ORDERED that the trial date be continued from May 29, 2018, to September 4, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 8, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of May 29, 2018, up to and including September 18, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 10th day of April, 2018.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2