Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-247RSL |
| Plaintiff, | [PROPOSED] |
| v. | **ORDER OF FORFEITURE** |
| GREGORY NORMAND, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit to the United States the interest of the Defendant, Gregory Normand, in the following property:

- A judgment for a sum of money in the amount of $248,354.41, representing any property, real or personal, that constitutes or is derived from proceeds traceable to the offense charged in Count 1 of the Indictment. The United States will request that the Attorney General apply any amounts it collects towards satisfaction of this forfeited sum of money to the Defendant's restitution obligation.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture- 1
*United States v. Normand*, CR17-247RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The Defendant was charged by an Indictment that included a forfeiture allegation, providing notice that the United States sought, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the forfeiture of property including, but not limited to, a sum of money representing any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of 29 U.S.C. § 501(c) charged in Count 1 (Dkt. No. 1, 5–6);

- Pursuant to the Plea Agreement, the Defendant agreed to forfeit his interest in a judgment for a sum of money of $248,354.41, representing property that constitutes or is derived from proceeds traceable to the offense charged in Count 1 of the Indictment, to which he pleaded guilty (Dkt. No. 27, ¶ 14);

- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Fed. R. Crim. P. 32.2(b)(1)(B); and

- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as a result of the charged offense, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

Order of Forfeiture- 2
*United States v. Normand*, CR17-247RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money in whole or in part, the United States may move to amend this order, at any time, to substitute property having a value not to exceed $248,354.41; and

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

The Clerk of Court is directed to serve a copy of this Order of Forfeiture on all parties of record.

DATED this 9th day of October, 2018.

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
E-Mail: Neal.Christiansen2@usdoj.gov

Order of Forfeiture- 3
United States v. Normand, CR17-247RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970